131 A.3d 958

IN THE MATTER OF MICHAEL J. VOLLBRECHT, AN
ATTORNEY AT LAW (ATTORNEY NO. 036782009).

March 9, 2016.

## ORDER

The Disciplinary Review Board having filed with the Court its
decision in DRB 15–113, concluding that **MICHAEL J. VOLL-
BRECHT** of **CRANFORD**, who was admitted to the bar of this
State in 2010, should be reprimanded for violating *RPC* 1.1(a)
(gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to
communicate with client), *RPC* 3.2 (failure to expedite litigation),
*RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrep-
resentation), and *RPC* 8.4(d) (conduct prejudicial to the adminis-
tration of justice), and good cause appearing;

It is ORDERED that **MICHAEL J. VOLLBRECHT** is hereby
reprimanded; and it is further

ORDERED that the entire record of this matter be made a
permanent part of respondent's file as an attorney at law of this
State; and it is further

ORDERED that respondent reimburse the Disciplinary Over-
sight Committee for appropriate administrative costs and actual
expenses incurred in the prosecution of this matter, as provided in
*Rule* 1:20–17.